[No. 12372–6–I.   Division One.   October 10, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER GERALD BOWMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King

County, No. 80–1–01471–1, James A. Noe, J., entered October 11, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Williams and Ringold, JJ.